Jerry M. ALSTOTT, Appellant,

v.

Kerry FLOYD, Respondent.

No. WD 47617.

Missouri Court of Appeals, Western District.

Jan. 25, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1994.

Application to Transfer Denied April 26, 1994.

John H. Trader, Millin & Trader, Kansas City, for appellant.

Edward A. Coulson, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

---

508

### ORDER

Appeal from the denial of a motion for *nunc pro tunc* to "correct a judgment" affirmed. Rule 84.16(b).